# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139292-3 & (48)

RICHARD AUSTIN,
      Plaintiff-Appellee,

v

      SC: 139292-3
      COA: 287801; 288675
      Genesee CC: 07-085756-CL

BEKUM AMERICA CORPORATION,
STEVEN D. LONDON and OWEN JOHNSTON,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921